FILED'09 JUN 22 15:57USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**AMBER M. POINTER,**
    **Plaintiff,**

v.

**MICHAEL J. ASTRUE,**

**Commissioner of Social Security,**
    **Defendant.**

CV 08 - 6062 - BR

**ORDER**

---

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $6,800.00, and costs in the amount of $0.00, for a total of $6,800.00, are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920, payable directly to Plaintiff's Attorney, Richard F. McGinty. There are no expenses to be paid herein.

DATED this 22nd day of June 2009.

                                                _Anna J. Brown_
                                              UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff